Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
Brian J. Porter (14291)
OFFICE CHAPTER 13 TRUSTEE
405 South Main St., Suite 600
Salt Lake City, UT 84111
Telephone:   (801) 596-2884
Facsimile:    (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:<br><br>TIMOTHY WAYNE SHREVE<br><br>Debtor. | Case No. 15-29510<br>Chapter 13<br>Hon. Joel T. Marker<br>(Confirmation Hearing: *12/15/15 at 10:00 AM*) |
|---|---|

### TRUSTEE'S OBJECTION TO EXEMPTION

Pursuant to Fed. R. Bankr. P. 4003(b), Lon A. Jenkins, Standing Chapter 13 Trustee, hereby objects to the exemption claimed in Schedule C on the following grounds:

1.   The Debtor filed a Chapter 13 petition for relief on 10/9/2015, and the First Meeting of Creditors under § 341 was held on 11/13/15.

2.   The Debtor's Schedule B lists an interest in "guns" valued at $400 (hereinafter "Firearms").

3.   On Schedule C, Debtor claims an exemption of $250 in the Firearms under Utah Code Ann. § 78B-5-506(1)(e).

4.   Utah Code Ann. § 78B-5-506(1)(e) exemption was renumbered and substantively amended to limit the exemption to specific items rather than a general dollar limit.

5. The Trustee objects to this exemption as it does not appear that the exemption in the Firearms under Utah Code Ann. § 78B-5-506(1)(e) is allowed.

6. WHEREFORE, the Trustee objects to the Debtor's exemption claimed in the Firearms. The Trustee hereby objects to confirmation of the Debtor's plan unless the Debtor amends Schedule C to resolve this objection or files a response to this objection.

DATED: November 17, 2015.

/s/ Ryan C. Cadwallader
RYAN C. CADWALLADER
Attorney for Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 17, 2015, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

JUSTIN O. BURTON
ECF NOTIFICATION

The undersigned hereby certifies that on November 17, 2015, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

TIMOTHY WAYNE SHREVE
3546 HAWK DRIVE
SARATOGA SPRINGS, UT 84045

/s/
Office Chapter 13 Trustee