Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| IN RE:<br><br>Timothy Wayne Shreve<br>ssn xxx-xx-9406<br><br>**DEBTOR(S)** | Case No.  15-29510 JTM<br><br>Chapter 13<br><br>(Filed Electronically) |
|---|---|

## DECLARATION

STATE OF UTAH            )

 : ss.

COUNTY OF SALT LAKE  )


   I, Karl Nelson, currently contribute $200.00 per month into the household of the above named debtor(s) and will continue to do so for as long as needed throughout the term of the bankruptcy.

DATED: 12/2/15

                                                        _____
                                                        Karl Nelson