Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.,
Murray, Utah 84107
(801) 288-0202

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| IN RE:<br><br>Timothy Wayne Shreve<br>ssn xxx-xx-9406<br><br>DEBTOR | Case No. 15-29510 JTM<br><br>Chapter 13<br><br>(Filed Electronically) |

**DECLARATION OF DEBTOR**

STATE OF UTAH )
: ss.
COUNTY OF SALT LAKE )

The below named deponent, being first duly sworn, deposes and says:

1. Deponent is the debtor in the above-entitled case.
2. As of the date of filing the bankruptcy, the debtor has remained current on his Domestic Support Obligations.

DATED: 2 DEC 15

Timothy Wayne Shreve

Subscribed and sworn to before me this 2nd day of December, 2015

Notary Public

JEFFREY MORTIMER
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 04/28/2018
Commission # 676985